

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00017-CV

**IN RE** Mickey **KOSER** and Trinity Couriers, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Beth Watkins, Justice

Delivered and Filed: January 29, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 10, 2020, relator filed a petition for writ of mandamus and a motion for emergency stay. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI05066, styled *Stephanie Devora v. Mickey Koser and Trinity Couriers, Inc.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.